**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ZRS7, LLC,<br>      Plaintiff, | § § § | |
| vs. | § § | Civil Action No. |
| TAILWIND AIR, LLC,<br>      Defendant. | § § § | |

**AFFIDAVIT OF TROY CASSELS**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

I, Troy Cassels, after having been duly sworn, verify and affirm that the facts contained herein are within my personal knowledge and are true and correct:

1. "I am the General Manager of ZRS7, LLC ("ZRS7" or "Plaintiff"). My duties and responsibilities include, but are not limited to, overseeing and enforcing any and all lease agreements for the Dassault Falcon 50 airframe bearing US registration number N250AP and manufacturer's serial number 125 (the "Falcon 50" aircraft") owned by ZRS7.

2. ZRS7 owns the Falcon 50 aircraft described above. ZRS7 entered into the lease agreement with Tailwind Air, LLC on October 22, 2021.

3. Pursuant to the lease, on December 9, 2022, ZRS7, LLC, through its manager, sent notice to Tailwind Air, LLC that the lease would terminate in 30 days, and indicated that the aircraft should be returned to Houston Hobby Airport in accordance with the termination provision of the lease.

4. Tailwind Air, LLC has not returned the aircraft.

5. The reasonable value of the Aircraft is at least $1,900,000.

Further Affiant Sayeth Not.

_____
TROY CASSELS

SUBSCRIBED AND SWORN TO BEFORE ME, by the said Troy Cassels, on this, the 30 day of January, 2023 to certify which witness my hand and seal of office.



_____
NOTARY PUBLIC, STATE OF TEXAS