United States District Court
Southern District of Texas
**ENTERED**
November 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZRS7, LLC § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-23-491 |
| § | |
| Tailwind Air, LLC § | |
|     Defendant. § | |

# ORDER

1. Having been advised the parties have settled, this case is dismissed with prejudice.

2. By December 11, 2023, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement.

Signed at Houston, Texas, on November 9, 2023.

_____
Peter Bray
United States Magistrate Judge